UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20311-CR-ALTONAGA/Reid

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**PHILLIP JOSHUA FULTZ**,

    Defendant.

_____/

**ORDER**

    THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Defendant's Motion to Suppress Evidence Obtained by the Execution of January 21, 2025 Search Warrant [ECF No. 40], filed on October 28, 2025. The Court has reviewed the Report for clear error and is in full agreement with Judge Reid's analysis and recommendations. Therefore, it is

    **ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 40]** is **AFFIRMED AND ADOPTED**. Defendant, Phillip Joshua Fultz's Motion to Suppress Evidence **[ECF No. 22]** is **DENIED**.

    **DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**